■ THOMAS-MACK, INC., Respondent, v. URSULA HOLDING CORP., Appellant.— In an action by a tenant against a landlord to recover for property damage alleged to have been sustained when a water pipe broke, flooding the tenant's premises, the landlord appeals from an order striking out the affirmative defense pleaded in its answer. Order affirmed, with $10 costs and disbursements. The defense pleads certain provisions of a lease which purport to exempt appellant from liability for damages alleged to have been caused by its negligence in the operation of the demised premises, and which are consequently void and unenforcible (Real Property Law, § 234). Reversal is not required because appellant has pleaded in addition to the allegations with respect to the provisions of the lease other facts which are repetitions of denials contained in its answer. (Cf. *Zirn* v. *Bradley*, 268 App. Div. 1063; *Schiff* v. *Schiff*, 270 App. Div. 845; *Italian Cook Oil Corp.* v. *Alderson*, 274 App. Div. 802.) Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ MORRIS WENDELL et al., Respondents, v. SOL H. SLEPPIN et al., Appellants.— In an action to recover damages for fraudulent representations and for breach of an employment contract, the appeal is from an order denying appellants' motion to dismiss the two causes of action pleaded in the second amended complaint for insufficiency and to dismiss the second cause on the further ground that no leave to amend had been granted. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ WILLIAM WICKHAM, Appellant, v. THOMAS LA COLLA, Respondent.— In an action by an attorney against a former client to recover damages alleged to have been sustained because of the client's false representation by which the attorney was induced to pay over money held in escrow, the appeal is from an order denying a motion to renew, on additional papers, a motion for a preference. The Special Term denied the motion on the ground that the action was not one entitled to a preference by statute or rule. Order affirmed, with $10 costs and disbursments. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.